# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Tyran luckey
_____
Name under which you were convicted

19002527
_____
Your prison number

CIVIL ACTION NO. 23-CV-167-TFM-N
(To be supplied by Clerk of Court)

vs. Kristy Godwin, Elizabeth Lowe
Southen Health Partners
_____
Name of Defendant(s)

Escambia County Dentition Center  316 court st. Brewton, Al 36426
_____
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A.  Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

      Yes ( )     No ( ✓ )

B.  Have you filed other lawsuits in state or federal court relating to your imprisonment:

      Yes ( ✓ )     No ( )

C.  If your answer to questions A or B above is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1.  Parties to this previous lawsuit:

Plaintiffs: Tyran luckey

Defendants: Health Jackson, Richard Hetrick

    2.  Court (if federal court, name the district; if state court, name the county): Southern District Court

    3.  Docket Number: 22-23-0016-TFM-N

    4.  Were you granted the opportunity to proceed without payment of filing fees?
Yes ( ✓ )  No ( )

    5.  Name of judge to whom the case was assigned: Katherine P. Nelson

    6.  If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

    7.  Approximate date of filing lawsuit: Jan 3, 2023

    8.  Approximate date of ruling by court:

## II. **YOUR PRESENT COMPLAINT**.

A. Place or institution where action complained of occurred: _Escambia County Dentition Center_

B. Date it occurred: _8 Sept 25, 2022 to handed 2000 and ongoing_

C. Is there a prisoner grievance procedure in this institution? _yes_

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

E. If your answer is YES:

    1. What steps did you take? _I made many grievances and informed them my_

    2. What was the result? _I was told by Kristy my medicion still want be given_

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may,
without leave of Court, add up to five (5) additional pages if necessary):

_On Sept 25, 2022 Once the Southern Health company took over they stopped all_
_my Hormone replacement therpy and they stopped all stopped appproving mental health sick calls_
_for all inmate i wrote grievance asking to be placed back on my hormone meds even._
_Went to sick calls with dr. lowe where she told me she cant give me my hormones_
_ive even had my doctor back in pittsburgh. PA send them my medical records_
_with my with my letter of Gender Dysphoria. myself and Central Outreach_
_in pittsburgh told them that my hormone replacment therpy is medicaly necessary_
_and that i should see mental health aleast once every 30 days they only_
_still refused my Hormone replacment Therpy and my right to see the mental_
_Health proper Doctor while in Jail and they Kristy Godwin told me that_
_Southern Health Partners said my meds cant be approved and that she know_

4

My Hormone Replacement Therpy is medically Necessery for my Transition and my mental health but my meds are to high and the Jail & Southern Health Partner will not pay for my meds so they cant appove it and thet there is no longer a mental Health Doctor because when SHP took over they didnt offer that servic. and I still dont get my Hrt meds or to see any one for my mental health and it March 11, 2023

## III. **PARTIES.**

A. <u>Plaintiff</u> (Your name/AIS): Tyran luckey  19002527

   Your present address: 316 Court St. Brewton, Al 36426

B. <u>Defendant(s)</u>:

1. Defendant (full name) Kristy Godwin is employed as Nurse at Escambia County Dentition center

   His/her present address is 316 Court St. Brewton, Al 36426.

   (a) Claim against this defendant: Violation of my 8th Amendment & refusing me medical medical treatment  Starting Sept 28, 2022.

   (b) Supporting facts (Include date/location of incident):

   request my medical records for from Escambia county Dentition center from may 27, 2021 to today

2. Defendant (full name) Southern Health Partner is employed as Nursing Company at Escambia County Dentition Center.

   His/her present address is 2030 Hamilton Pl Blvd, Chattanooga, TN 37421

   (a) Claim against this defendant: For Violation of my of 8th amendment & Refusing to necessary medical treatment.

   (b) Supporting facts (Include date/location of incident):

   request my medical records from Escambia County Dentition center from Sept 28, 2022 till today

3. Defendant (full name) Elizabeth lowe is employed as Doctor at Escambia County Dentition Center.

   His/her present address is 316 Court St. brewton, Al 36426.

5

(a) Claim against this defendant: Violation of my 8th amendment and refusing me medical treatment.

(b) Supporting facts  (Include date/location of incident):

request medical record from Escambia Count denttion Center from Sept. 28, 2022 till to day

C. Additional Defendants:  (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A.  You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Sodomy 1st, sodomy 2nd & Assault Assoult Assualt 2nd.

2. When were you convicted? Waiting pre trial

3. What is the term of your sentence? N/A

4. When did you start serving this sentence? Waiting Pre Trial

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )      No ( √ )

If so, complete the following:

(a) Date of conviction: awaiting Pre Trial

(b) Term of sentence: awaiting Pre Trial

6. What is your expected end of sentence (E.O.S.) date? awaiting Pre Trial

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(√) | yes( ) no(√) |
| Expunged | yes( ) no(√) | yes( ) no(√) |
| Invalidated | yes( ) no(√) | yes( ) no(√) |

6

Writ of habeas  yes( ) no(✓)          yes( ) no(✓)
corpus granted

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your
conviction or sentence and the date: _____

_____

**V.**  State briefly exactly what you want the Court to do for you if you win (make no legal argument,
cite no cases or statutes):

~~Pleasure~~ ~~assure~~ $600,000.00 in damages and a inluction for the Jail ~~to~~ to change the mistreatment
of lgbtq people by medical staff

**VI.  AFFIRMATION.**  By my signature below, I swear or affirm under penalty of perjury that the
facts set out in this complaint are true and correct.

03·11·𝟤𝟢𝟤3
Date

(Signature of Plaintiff Under Penalty of Perjury)

316 Court St. Brewton, Al 36426
Current Mailing Address

_____

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN
HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE
COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR
FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Tyran Luckey
19002527
Escambia County Jail
316 Court Street
Brewton, AL 36426

INMATE
MAIL



United States District Court
Southern District of ~~Alabama~~ Alabama
Clerk
155 Saint Joseph Street
Mobile, Al 36602