IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYRAN LUCKEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-167-TFM-N ) |
| KRISTY GODWIN, *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On November 16, 2023, the Magistrate Judge entered a Report and Recommendation which recommends Defendants' Motion to Dismiss (Doc. 16, filed 9/19/23) be denied. *See* Doc. 21. No objections were filed.

Therefore, after due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the Motion to Dismiss (Doc. 16) is **DENIED**.

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 19th day of December, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE